IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DOROTHY MARTIN, MARY MARTIN,<br><br>        Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF VETERAN AFFAIRS, a California Public Corporation; BRUCE THIESEN, Individually and as Secretary of the California Department of Veterans Affairs; GEORGE H. ANDRIES, JR., Individually and as Deputy Secretary for Veterans Homes; MARCELLA MCCORMACK, Individually and as Administrator of Veterans Home of California, Yountville; and DOES 1 through 10, inclusive,<br><br>        Defendants.<br>_____/ | Case No. 2:02-cv-2334-JAM-GGH<br><br>ORDER GRANTING DEFENDANTS' SUPPLEMENTAL BILL OF COSTS |

   On May 15, 2009, the United States Court of Appeals for the Ninth Circuit issued its Mandate affirming the Judgment of the District Court cost award of $3,932.95.  On May 21, 2009,

Defendants filed the Supplemental Bill of Costs including a detailed itemization, reflecting additional cost items of $357.36 for copying, pursuant to Ninth Circuit Rule 39-1, and $769.86 for the trial transcript, pursuant to Federal Rule of Appellate Procedure 39, subdivision (e)(2), for a total of $1,127.22.  As such, the total supplemental cost sought by Defendants is $5,060.17.  After a careful review of the Defendants' supplemental bill of costs and Plaintiffs' opposition, this Court hereby GRANTS Defendants' Supplemental Bill of Costs for a total of $5,060.17.

    IT IS SO ORDERED.

Dated: August 31, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE